UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Martin W. Ziegler and Joyce
Fox-Ziegler,

    Plaintiffs,

v.

U.S. Department of Transportation,

    Defendant.

Case No. 16-cv-3824 (JNE/SER)
ORDER

In a Report and Recommendation dated September 18, 2018, the Honorable Steven E. Rau, United States Magistrate Judge, recommended that the Court grant the Government's Motion to Dismiss and deny Plaintiffs' Motion in Opposition. ECF No. 23. No party filed objections. Based on a de novo review of the record, the Court adopts the Report and Recommendation in its entirety. *See* 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2. Therefore, IT IS ORDERED THAT:

1. Defendant's Motion to Dismiss [ECF No. 6] be GRANTED.
2. Plaintiffs' Motion in Opposition [ECF No. 19] be DENIED.
3. The case be DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 17, 2018

                                                    s/ Joan N. Ericksen
                                                    JOAN N. ERICKSEN
                                                    United States District Judge